GLEN WILLOW PROPERTIES, LLC

v.

INDUSTRIAL ORCHARDS LAND AS-
SOCIATES, LP and Mahmood Choud-
hury d/b/a Industrial Orchards Land
Associates, LP

Orchards Industrial Land
Associates, L.P.

v.

Glen Willow Properties, LLC

Orchards Industrial Land
Associates, L.P.

v.

JPMorgan Chase Bank, N.A.

v.

Glen Willow Properties, LLC

Petition of: Orchards Industrial
Land Associates, L.P.

No. 370 MAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October,
2017, the Petition for Allowance of Appeal
is DENIED.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Marwan HAWES, Petitioner

No. 379 MAL 2017

Supreme Court of Pennsylvania.

October 24, 2017

## ORDER

PER CURIAM

AND NOW, this 24th day of October,
2017, the Petition for Allowance of Appeal
is DENIED.